**Robert W. HALL, Plaintiff—Appellant,**

v.

**Robert V. ABBEY; Gale A. Norton; U.S. Department of the Interior, Defendants—Appellees.**

No. 04–16096.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed March 6, 2006.

Robert W. Hall, Las Vegas, NV, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Matthew J. Sanders, Esq., U.S. Department of Justice, Environment & Natural Resources, Washington, DC, for Defendants–Appellees.

Before: REINHARDT, PAEZ, and TALLMAN, Circuit Judges.

ORDER **

The judgment of the district court is AFFIRMED for the well-stated reasons set forth in the order of the district court filed March 26, 2004. Additionally, the district court did not abuse its discretion in deciding not to hear oral argument on the summary judgment motion.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.